UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RON DEWEESE,

    Plaintiff,

v.   Case No. 3:15-cv-32-J-32JRK

ANDREW DORAN, DAVID L. SENESAC, ANDREA WILLIAMS, LINDA COZINE, JPMORGAN CHASE BANK, N.A.,

    Defendants.

## O R D E R

This case comes before the Court on pro se Plaintiff Ron DeWeese's Opposed Motion to Remand (Doc. 16). Remand appears appropriate based on 28 U.S.C. § 1441(b)(2), which prohibits removal based on diversity jurisdiction "if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." (See Doc. 32 at 5.) Defendants Doran and Cozine were properly joined and served at the time of removal and are alleged to be citizens of Florida. (Doc. 1 ¶¶ 5-6; Doc. 2 ¶¶ 2, 5; Doc. 7-1.) The Court is therefore inclined to remand the case to the Fourth Judicial Circuit in and for Duval County, Florida (where the case was first filed) unless the defendants can show cause why it should not do so.

Accordingly, it is hereby **ORDERED** that, on or before **September 29, 2015**, the defendants shall show cause why this case should not be remanded for the reasons set forth above, or the case will be thereafter remanded to the Fourth Judicial Circuit

in and for Duval County, Florida without further notice.

**DONE AND ORDERED** in Jacksonville, Florida the 22nd day of September, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Counsel of record

Pro se plaintiff

2